UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LETITISHA FOSTER,           )
                            )
            Plaintiff,      )
                            )      **JUDGMENT IN A CIVIL CASE**
       v.                   )
                            )      **CASE NO. 5:16-CV-925-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,         )
            Defendant.      )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiff's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 23] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on January 19, 2018, and Copies To:**
Derrick Kyle Arrowood                    (via CM/ECF electronic notification)
Elisa Donohoe                            (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK
January 19, 2018                   (By) /s/ Nicole Briggeman
                                        Deputy Clerk