IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00925-D

| LETITISHA FOSTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | AMENDED ORDER FOR PAYMENT OF |
| ATTORNEY NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $2,950.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood and mailed to his office at P.O. Box 10629, Raleigh, NC 27605 in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This __25__ day of April, 2018

JAMES C. DEVER III
Chief United States District Judge