UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LETITISHA FOSTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:16-CV-925-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $4,095.50 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on April 23, 2019, and Copies To:**
Derrick Kyle Arrowood           (via CM/ECF electronic notification)
Cassia W. Parson                (via CM/ECF electronic notification)
Elisa Donohoe                   (via CM/ECF electronic notification)


DATE:                           PETER A. MOORE, JR., CLERK
April 23, 2019                  (By) /s/ Nicole Sellers
                                Deputy Clerk